*E-Filed 3/10/11*

1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant CHARLES ROBERT VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 10-0902 RS |
| | ) | |
| vs. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING AND EXCLUDE TIME |
| CHARLES ROBERT VAUGHN, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties agree to continue the hearing in the above-captioned from March 22, 2011 until April 5, 2011 at 2:30 p.m. or the next available date convenient to the court.  The purpose of the continuance is to allow defense counsel additional time to review voluminous discovery and confer with his client.  The requested continuance takes into account the absence of defense counsel from the district for a period of 13 days during the month of March.

/ /

/ /

/ /

/ /

Stipulation and Order to Cont. Hearing;
*United States v. Vaughn;* CR 10-0902 RS

IT IS SO STIPULATED.

DATED:   March 9, 2011                    _____/s/_____
                                          RONALD TYLER
                                          Assistant Federal Public Defender


DATED:   March 9, 2011                    _____/s/_____
                                          SUSAN BADGER
                                          Assistant United States Attorney


## [PROPOSED] ORDER

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would deny the defendant the continuity of counsel.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until April 5, 2011 at 2:30 p.m.  Pursuant to the Speedy Trial Act, Title 18 United States Code §§ 3161(h)(7)(A) & (h)(7)(B)(iv), the period from March 22, 2011 until April 5, 2011 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.


DATED:  3/10/11                           _____
                                          HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT COURT JUDGE