*E-Filed 11/9/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 10-0902 RS |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING HEARING |
| CHARLES VAUGHN, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

The parties agree to continue the sentencing hearing in the above-captioned matter from November 15, 2011 until December 20, 2011 at 2:30 p.m.  The purpose of the continuance is to allow time for the defense to resolve certain objections and file the sentencing memorandum.  The suggested date also is consistent with the scheduling needs of the Probation Officer.  Both parties are available on the requested date.  Defense counsel avers that the Probation Officer is also available on the requested date.

It is so stipulated.

DATED:  11/9/2011            ____/s/_____
                             RONALD TYLER
                             Assistant Federal Public Defender
                             Counsel for Charles Vaughn

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Vaughn*
CR 10-0902 RS

1 | DATED: 11/9/2011                    ____/s/_____
2 |                                     SUSAN BADGER
                                        Assistant United States Attorney
3 |
4 |                            **[PROPOSED] ORDER**
5 |     The sentencing hearing in this matter is continued from November 15, 2011 until December
6 | 20, 2011 at 2:30 p.m.
7 |
8 | IT IS SO ORDERED.
9 |
10 | DATED: 11/9/11
                                        _____
11 |                                     HONORABLE RICHARD SEEBORG
                                        UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Vaughn*
CR 10-0902 RS                                   - 2 -